# CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** James Orenstein  **DATE:** 1/16/15

**DOCKET NUMBER:** 14 CR 545 (SLT)  **LOG #:** 3:04 – 3:15
3:36 – 3:45

**DEFENDANT'S NAME:** Clive Henry
✓ Present ___ Not Present ✓ Custody ___ Bail

**DEFENSE COUNSEL:** Raymond Colon
___ Federal Defender ✓ CJA ___ Retained

**A.U.S.A:** Patrick Hein  **DEPUTY CLERK:** F. Chin

**INTERPRETER:** _____ (Language) _____

___ Hearing held. ___ Hearing adjourned to ___

✓ Defendant was released on $100,000 PRB with/without some conditions.

✓ Defendant was advised of bond conditions by the Court and signed the bond.

2 Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

2 ~~Additional~~ surety (ies) to co-signed bond by ~~*******~~

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.  Code Type ___ Start ___ Stop ___

✓ Order of Speedy Trial entered.  Code Type ___ Start 1/16/15 Stop 1/30/15

✓ Defendant's first appearance.  ✓ Defendant arraigned on the indictment.

✓ Attorney Appointment of ___ FEDERAL DEFENDER ✓ CJA

✓ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

✓ Status conference set for 1/30/15 @ 10:00 before Judge Townes

**OTHERS:** _____